# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

BRIAN HARSTON, *et al.*                                                  PLAINTIFFS

v.                                 No.  3:06CV00041 JLH

JARED GANLEY                                                     DEFENDANT

## ORDER

      The Final Scheduling Order filed in this matter on July 19, 2006, directed the parties to file a status report by February 15, 2007.  Defendant has submitted his status report.  Counsel for plaintiffs has been contacted on multiple occasions, but as of this date, the report has not been filed. Therefore, plaintiffs are directed to file a status report no later than ***TUESDAY, MARCH 20, 2007***. Pretrial Disclosure Sheets will remain due on March 27, 2007.

      IT IS SO ORDERED this 14th day of March, 2007.

                                                             _____
                                                             J. LEON HOLMES
                                                             UNITED STATES DISTRICT JUDGE