TW:eb
032907

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRIAN HARSTON and KIM HARSTON,
Individually, and KIM HARSTON as Parent,
Natural Guardian and Best Friend of KATELYN
HARSTON and LANIE KIRKLAND, Minors     PLAINTIFFS

vs.     NO. 3:06CV41 JLH

JARED GANLEY     DEFENDANT
AND THIRD PARTY PLAINTIFF

BRIAN HARSTON     THIRD PARTY DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE
### AND DISPENSING WITH GUARDIANSHIP OF MINOR

On this _9th_ day of April, 2007, upon stipulation by counsel for all parties that this matter has been settled and compromised, including the claim of the minor, Lanie Kirkland;

IT IS, THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that the above styled cause be, and it is hereby, dismissed with prejudice, including the third party complaint of Jared Ganley.

IT IS FURTHER ORDERED by the Court that the settlement of the minor's claim in the amount of $3,000.00 is in the best interest of the minor, and that guardianship of the minor, Lanie Kirkland, should be, and hereby is, dispensed with inasmuch as the settlement is less than the $5,000.00 minimum required by law, and Kim Harston, mother of the minor, be, and she hereby is, authorized to execute an appropriate release releasing the defendant and his insurance carrier from any further liability to the minor.

_____
J. LEON HOLMES
United States District Judge

APPROVED AS TO FORM:

McDANIEL & WELLS, P.A.

By _____
BOBBY R. McDANIEL

Attorneys for Plaintiff

SNELLGROVE, LANGLEY, CULPEPPER,
WILLIAMS AND MULLALLY

By _____
TODD WILLIAMS

Attorneys for Defendant and
Third Party Plaintiff